# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138896

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROBERT R. PARKER, JR.,
      Plaintiff-Appellant,

v

SC: 138896
COA: 287463
Genesee CC: 07-087050-CZ

ATTORNEY GENERAL and GENESEE
COUNTY FRIEND OF THE COURT,
      Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the April 3, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

0720

_____
Clerk